IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MUZAHIDUR RAHMAN            *
                                          *
                                          *
    v.                                     *         Civil No. – JFM-16-1189
                                          *
USCIS                                 *
                                      ******

## MEMORANDUM

    Plaintiff has filed this action seeking a judicial order directing that the date of birth on his Certificate of Naturalization be changed.

    This court lacks subject matter jurisdiction over any request to change the birth date on plaintiff's Naturalization Certificate. *See* 8 U.S.C. §1451(h); *McKenzie v. U.S. Citizenship & Immigration Servs., Dist. Dir.*, 761 F.3d 1149, 1155 (10th Cir. 2014).

Date: 8/16/16

_____
J. Frederick Motz
United States District Judge

1